UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GONZALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>T. MASON, et al.,<br><br>    Defendants. | Case No. 05-cv-00113-SI<br><br>**ORDER DENYING REQUEST TO EXCUSE FILING FEE OBLIGATION**<br><br>Re: Dkt. No. 17 |

Plaintiff has filed a request for the court to waive the filing fee in this long-closed action due to his indigence. The request is DENIED. Docket No. 17. The obligation to pay the filing fee arose when he filed his complaint in this action, and 28 U.S.C. § 1915(b) sets the schedule for deductions from his inmate trust account to satisfy that obligation. The court does not have authority to excuse plaintiff from the requirements of § 1915(b). Moreover, plaintiff's argument that he was unaware of the federal filing fee requirement when he filed the case is not persuasive, given that the attachment to his request shows that he had been filing actions and accumulating filing fee obligations for several years before filing this action. Plaintiff should not file any more letters or requests in this closed case.

**IT IS SO ORDERED**.

Dated: January 4, 2019

_____
SUSAN ILLSTON
United States District Judge